Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISON

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY SIKYAM CHAN, et al.,<br><br>Defendants. | Case No. 1:13-cv-00767-AWI-SKO<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

### ORDER

Pursuant to the parties' stipulation (doc. 11), IT IS HEREBY ORDERED that the Initial Scheduling Conference in civil action 1:13-cv-00767-AWI-SKO styled *Joe Hand Promotions, Inc. v. Chan, et al.,* is hereby continued from Tuesday, September 24, 2013, to the new date of Thursday, October 10, 2013, at **9:30** AM.

IT IS SO ORDERED.

Dated:   **September 19, 2013**                    /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE