McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Christopher S. Hall, #203901
  *christopher.hall@mccormickbarstow.com*
Daniel S. Cho, #260902
  *daniel.cho@mccormickbarstow.com*
7647 N Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for SIDNEY SIKYAM CHAN, RADISSON HOTEL BAR THE ATRIUM LOUNGE; and CENTRE PLAZA CATERING CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 1:13-cv-00767-AWI-SKO |
| Plaintiff, | **ORDER TO DISMISS CASE AND CLOSE ACTION** |
| v. | Judge:   Hon. Anthony W. Ishii |
| SIDNEY SIKYAM CHAN, individually and d/b/a RADISSON HOTEL BAR THE ATRIUM LOUNGE; and CENTRE PLAZA CATERING CO., INC., an unknown business entity d/b/a RADISSON HOTEL BAR THE ATRIUM LOUNGE, | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ. P. 41(a)(1)(A)(ii), this Court:

1.   DISMISSES with prejudice this entire action;

2.   VACATES all pending matters; and

///

///

///

///

[PROPOSED] ORDER TO DISMISS CASE AND CLOSE ACTION

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   February 25, 2014

_____
SENIOR DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

2
[PROPOSED] ORDER TO DISMISS CASE AND CLOSE ACTION